IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| WILLIAM BLAKE, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. L-07-50 |
| BALTIMORE COUNTY, MARYLAND, *et al.*, | * | |
| Defendants. | * | |

**MEMORANDUM**

During Colonel Ward's testimony yesterday afternoon, there was an inadvertent mention of advice of counsel. That mention was not, however, prompted by Ms. Cahill. As a result, Ms. Cahill did not open the door and the inadvertent mention does not alter the Court's prior rulings in any respect. The County may not ask any question of any witness implying that advice of counsel was sought or given.

Dated this 22nd day of April, 2010.

                                                          /s/
                                             Benson Everett Legg
                                           United States District Judge