UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0723

April 28, 2010

MEMORANDUM TO COUNSEL RE:   Blake v. Baltimore County, Maryland, et al.,
Civil No. 07-50

Dear Counsel:

On April 28, 2010, the jury in this case delivered a verdict in favor of the plaintiff. Accordingly, the parties shall submit a joint status report regarding the retaliation claim by May 5, 2010.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

Benson Everett Legg

cc:  Court file