We the jury have reached

a verdict in the case

regarding Det. Blake vs Balt. Co.

Forman

SIGNATURE REDACTED

CSO

1240 hrs

28 April 10