IN THE UNITED STAPTES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WILLIAM BLAKE, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. L-07-50 |
| BALTIMORE COUNTY, MARYLAND, et al., | * | |
| Defendants. | * | |

*************

### SPECIAL VERDICT FORM

1. Has Defendant, Baltimore County, proven by a preponderance of the evidence that the medical examination/inquiry it required Detective Blake to undergo was job-related and consistent with business necessity?

   Yes _____       No __X__

   *(If you answered "Yes" to Question 1, proceed no further; if you answered "No" then go on to Question 2.)*

2. State the amount, if any, of compensatory damages that Detective Blake sustained as a result of Baltimore County requiring him to undergo a medical examination/inquiry.

   Compensatory Damages $ 225,000

   *(If you awarded compensatory damages in response to Question 2, then proceed no further. If, however, you awarded no compensatory damages, then go on to Question 3.)*

3. State the amount, if any, of nominal damages awarded to Detective Blake.

   Nominal Damages $ 0

   SIGNATURE REDACTED

   Apr. 28, 2010
   Date                                          Jury Foreperson

1